# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAREN Q. KITCHEN

NO. 2026 KW 0519

**JULY 13, 2026**

---

In Re:     Daren Q. Kitchen, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 512285.

---

**BEFORE:     THERIOT, LANIER, AND MILLER, JJ.**

    **WRIT DENIED.** <u>See</u> La. Code Crim. P. art. 930.4(A). <u>See also</u> La. Code Crim. P. art. 881.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT